```
                  IN THE UNITED STATES DISTRICT COURT
                      FOR THE DISTRICT OF NEBRASKA


UNITED STATES OF AMERICA,       )
                                )
     Plaintiff,                 )     4:07CR3005
                                )
     v.                         )
                                )
RICHARD FLEMING,                )       ORDER
                                )
     Defendant.                 )
```

IT IS ORDERED,

The oral motion of counsel for defendant is granted and,

The initial appearance is continued to March 9, 2007 at 11:30 a.m.

The defendant shall be present at the hearing.

Dated February 7, 2007.

                                        BY THE COURT

                                        s/ *David L. Piester*

                                      David L. Piester
                                      United States Magistrate Judge