IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3005 |
| v. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to amend conditions of release, filing 8, is granted.

The order setting conditions of release is amended to allow the defendant to travel for work purposes and to retain his passport for said travel.

DATED this 9th day of March, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge