IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| RICHARD FLEMING, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has appealed from Magistrate Judge Piester's orders directing the Federal Public Defender to withdraw. Given the fact that I am likely to overturn the judge's decision, and to maintain the status quo,

IT IS ORDERED that the Federal Public Defender shall continue to represent the defendant until further order of the court and any orders of Judge Piester to the contrary (e.g., filings 15 & 17) are stayed. The court will consider the defendant's appeal (filing 19) once the rule time has run and the undersigned has had the opportunity to review any response submitted by the government. My chambers shall call this case to my attention when the appeal is ripe for decision.

April 9, 2007.            BY THE COURT:

                          s/ *Richard G. Kopf*
                          United States District Judge