IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )
                                )            4:07CR3005
        v.                      )
                                )
RICHARD FLEMING,                )
                                )               ORDER
            Defendant.          )
                                )

        IT IS ORDERED:

        Defendant's unopposed motion to continue the status
conference, filing 24, is granted.  The status conference is
continued from April 24 to **May 24, 2007** at 9:00 a.m.

        DATED this 24th day of April, 2007.

                        BY THE COURT:

                        s/ *David L. Piester*
                        David L. Piester
                        United States Magistrate Judge