```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3005 |
| v. ) | |
| ) | |
| RICHARD FLEMING, ) | |
| ) | ORDER |
| Defendant. ) | |
| ) | |

IT IS ORDERED:

Defendant's unopposed motion to continue the status conference, filing 26, is granted. The status conference is continued from May 24 to June 13, 2007 at 9:30 a.m.

DATED this 3rd day of May, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge