IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3005 |
| v. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | |
| | ) | ORDER |
| Defendant. | ) | |
| | ) | |

A status conference was held with counsel in this case on this date in accordance with Rule 17.1 of the Federal Rules of Criminal Procedure. Counsel disclosed that not only had the government produced multiple boxes of documents for the defendant, but also the defendant had produced multiple boxes of documents, at least some of which were likely to be material required to be produced to the government. Counsel agreed additional time was necessary to review documents and decide what, if any, motions should be filed in the case.

IT THEREFORE HEREBY IS ORDERED,

1. The parties are given until September 7, 2007 to complete review of documents and to file motions.

2. Another status conference will be held in chambers September 21, 2007 at 9:30 a.m. to further review the progress of the preparations, and to schedule any hearings on motions, as may be necessary.

DATED this 13th day of June, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge