IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 4:07CR3005 |
| RICHARD FLEMING, | ) ) ) | |
| Defendant. | ) | |

### ORDER

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Pretrial Release Violation Hearing, filing 30, now set for August 24, 2007, at 1:30 p.m.

IT IS ORDERED that the motion is granted and the pretrial release violation hearing is continued until the 13th day of September, 2007, at 11:00 a.m. The Defendant is ordered to appear at that time.

Dated this 13th day of August, 2007.

BY THE COURT

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge