IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:07CR3005 |
| v. ) | |
| ) | |
| RICHARD FLEMING, ) | |
| ) | MEMORANDUM AND ORDER |
| Defendant. ) | |
| ) | |

    A hearing was held before me this date on allegations made in the petition for action on conditions of pretrial release, filing 29. The defendant was present with counsel, and was advised of his rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of violation of the order of release are true.

    Regarding disposition, the government did not seek detention. I agree that detention is not appropriate.

    IT THEREFORE HEREBY IS ORDERED,

    Defendant is released on the same conditions previously set in the Order Setting Conditions of Release, filing 12.

    DATED September 13, 2007.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge