IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 4:07CR3005 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| RICHARD FLEMING, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's notice of intent to request redaction of transcript (filing 53) shall be treated as a motion. Furthermore, the government's request to redact (filing 53) may be filed out of time and is granted.

December 6, 2007.                          BY THE COURT:

                                           s/ *Richard G. Kopf*
                                           United States District Judge