IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion to amend conditions of release to allow international travel to Berlin, Germany, filing 58, is granted under his previous conditions of release with the following additional conditions:

1.  Defendant's complete contact information and itinerary shall be provided to Pretrial Services prior to his departure.

2.  Defendant's passport shall be surrendered upon his return to this country.

DATED this 4th day of June, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge