```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3005 |
| | ) | |
| v. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Defendant's unopposed motion for continuance of hearing, filing 65, is granted and the hearing on defendant's financial status is continued to September 25, 2008 at 9:00 a.m. before the undersigned in Courtroom 2, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

Defendant shall be present for the hearing.

DATED this 12th day of August, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge