IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 4:08CR3005 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | INDEX OF EVIDENTIARY |
| | ) | MATERIALS SUBMITTED BY |
| RICHARD FLEMING, | ) | THE UNITED STATES IN |
| | ) | SUPPORT OF ITS MEMORANDUM |
| Defendant. | ) | REGARDING DEFENDANT'S |
| | ) | ABILITY TO AFFORD COUNSEL |

Pursuant to NELR 7.1(a)(2), the government submits the following evidentiary material in

support of its Memorandum Regarding the Defendant's Ability to Afford Counsel (Filing No. 67).

1.      Calculations;

2.      Defendant's Ability to Pay; and

3.      Defendant's Ability to Pay: Comparison

Dated this 24th day of September, 2008.

UNITED STATES OF AMERICA

BY:    JOE W. STECHER
       United States Attorney, D.NE.

And:   s/Alan L. Everett
       ALAN L. EVERETT #15387
       Assistant United States Attorney
       487 Federal Building
       100 Centennial Mall North
       Lincoln, NE  68508
       (402) 437-5241
       Fax: (402) 437-5390
       E-mail: alan.everett@usdoj.gov

CERTIFICATE OF SERVICE

I  hereby certify that on September 24, 2008, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system which sent notification of such filing to the following:

Michael Hansen

and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants:

N/A


s/Alan L. Everett
ALAN L. EVERETT
Assistant U. S. Attorney