## **CALCULATIONS**

**Previous Income Calculations by the Court**
(From April 2, 2007 Sealed Memorandum & Order - Court Filing #17)

Information from Top Docs

    $880/week (x 52 weeks = $45,760 annual gross income)
    - 40% deductions
    $528/week net
    x  52
    $27,456 annual net income

Information from Fleming

$440 per 8-hour day
If work 3 days/week = $68,604 annual gross income
                      - 40% deductions
                      $41,184 annual net income

**Current Information Regarding Fleming's Income -** (From payroll records)

| Year | Source | Amount | Indicating Ability to Earn |
|---|---|---|---|
| 2005 | Top Docs Payroll Records reflect $60,302 from Sept – Dec 2005 (4 months) - Indicating Ability to Earn | | **~$180,906** |
| 2006 | Top Docs Payroll Records | | **=$196,531** |
| 2007 | Top Docs Payroll Records & Fleming's Tax Return | | **=$195,336** |
| 2008 | Top Docs Payroll Records   $43,799 from 1/1/08–2/13/08 Alliance Recruiting Payroll Records $38,380 from 4/7/08–5/18/08 (4.58 months) Total $82,179 - Indicating Ability to Earn | | **~$215,316** |

**Previous Information regarding Fleming's Expenses** (From 2/28/07 Financial Affidavit and 3/2007 Showing for Court's Reconsideration of Appointment of Counsel)

Child Support/Alimony - $3,600
GMAC - $1,300
Visa Credit Card - $700
Rent - $1,300
Food - $160
Taxes - $166
Vehicle & Boat Insurance - $166
Life Insurance - $142
Timeshare Maintenance - $208
Car registrations & maintenance - $100
Clothing - $60
Eyeglasses - $80
Dental - $210
Utilities - $100

Total: $8,292/month x 12  =  **$99,504/year**

**Current Information regarding Fleming's Expenses** (From July 22, 2008 letter from Fleming to Mike Hansen, listing Fleming's Expenses, incorporated in the July 28, 2008 Memorandum from USPSO Mindy Bare to Judge Piester)

Rent - $1,360
Taxes - $886 quarterly ($295/month)
Utilities - $70 - $90
Auto Insurance - $3,000 bi-annually ($500/month)
Rental Insurance - $70
GMAC - $1,344.10
Child Support (and Alimony) - $3,384.06
Cell Phones - $250
Food & Clothing - $300 - $400
Life Insurance - $125
Divorce Attorney – Varies
Gasoline - $100

Total: $7,918/month  x  12  =  **$95,016/year**

**Discretionary Income**

| | |
|---|---|
| Income from 2007 Tax Return ($195,336 / 12 months) | $16,278/month |
| Monthly Expenses per Fleming's letter (including taxes) | - $ 7,918 |
| Monthly Discretionary Income | $8,360 |
| Annual Discretionary Income | **$100,320** |