# **Fleming's Ability to Pay**



2005: ~$180,906 [$60,302 from Sept-Dec (4 months)]
2006:  $196,531
2007:  $195,336
2008: ~$215,316 [$82,179 from Jan-May 18 (4.58 months)]