IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3005 |
| | ) | |
| V. | ) | |
| | ) | AMENDED |
| RICHARD FLEMING, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

Together with my courtroom deputy, I met with counsel in chambers today to discuss plans for this extended trial. In addition to the agreements that will be reflected in the courtroom deputy's minutes of our meeting,

IT IS ORDERED that:

(1)   The trial of this case will extend from April 6, 2009 through April 17, 2009, it will be adjourned the morning of April 13, 2009 and on the days of April 20 and 21, 2009, and recommence on April 22, 2009. The government shall not be required to begin its rebuttal until April 17, 2009 and may have the morning of April 22, 2009 to conclude its rebuttal. The case will be argued and submitted to the jury in the afternoon of April 22, 2009.

(2)   The government's motion in limine (filing 82) is denied. However, this does not mean that the defendant's evidence described in the motion in limine will be admitted. In other words, the court will decide whether to admit the defendant's evidence at the time it is offered. In addition, this ruling is without prejudice to the government renewing any and all objections to the defendant's evidence during the trial.

DATED this 3rd day of April, 2009.

BY THE COURT:
*S/Richard G. Kopf*
United States District Judge