IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | **WITNESS LIST** |
| ) | |
| v. ) | Case No. 4:07cr3005 |
| ) | Deputy: Colleen Beran & Jeri |
| ) | Bierbower |
| RICHARD FLEMING, ) | Reporter: Digital Recorder |
| ) | Date: April 6-10; 13-17, 22, 2009 |
| Defendant. ) | |

FOR PLAINTIFF:

Name                                                          Date

| Name | Date |
|---|---|
| Barbara J. Cook, M.D. | 4/06/09, 4/07/09 |
| Kathy Palmer | 4/07/09, 4/08/09 |
| Kim Warren | 4/07/09, 4/08/09 |
| Denise Angelina Merlino | 4/08/09 |
| Dr. Stephen O'Connor | 4/08/09 |
| Victoria Tarascio | 4/08/09, 4/09/09, 4/13/09 |
| Michael David Jorgensen | 4/09/09 |
| Susan Rainey-Biler | 4/09/09 |
| Kimberly Yoakum | 4/09/09 |
| Karen S. Cheloha | 4/09/09 |
| Dr. Aaron Tabor | 4/10/09 |
| Dr. Brian Jones | 4/10/09 |
| Angela Tarascio | 4/13/09 |
| Scott Caulkins | 4/14/09 |
| Susanne Rydberg | 4/14/09 |

| Kathleen Palmer | 4/14/09 |
| Kayla Avery | 4/17/09 |
| Mark Wallenmeyer | 4/17/09 |
| Kenneth McKusizk, M.D. | 4/22/09 |

FOR DEFENDANT

| Name | Date |
| --- | --- |
| Robert Gerard Naegele, M.D. | 4/15/09 |
| Brenda T. Griffin | 4/15/09 |
| Dr. Scott David Jay | 4/15/09 |
| Alicia Carriquiry | 4/16/09 |
| Kathleen Palmer | 4/17/09 |