IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2009 APR 23 PM 4: 35

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | 4:07CR3005 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **JURY'S FIRST QUESTION** |
| RICHARD FLEMING, | ) | |
| Defendant. | ) | |

Received at 1:46 pm by Colleen Brian
4-23-09

(1) What is Reasonable Doubt    or    Difference between Reasonable Doubt and Beyond a Shadow of a doubt.

(2) Can we agree on some Counts 11-13 but not on count 1-10

(3) If Deadlock how long do we need to deliberate