IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:07CR3005 |
| vs. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | Order |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Before the Court is the request for transcript of testimony of Robert G. "Jerry" Naegele, M.D. from trial held on 4/15/2009 [113].

    IT IS ORDERED:

1. The request for transcript, filing [143] is granted.

2. Susan M. Rainey-Biler is ordered to pay to the Clerk the amount of $80.30. Should the cost of the transcript exceed this amount, the requestor will be required to pay the difference. Likewise, should the cost of the transcript be less than $80.30, a refund check will be issued.

3. Upon receipt of this fee, the Clerk is ordered to prepare a transcript of the hearing held on 4/15/2009. A paper copy of the transcript shall be mailed to the requestor.

Dated: May 12, 2009

                                                      BY THE COURT:

                                                      S/ *Richard G. Kopf*
                                                      United States District Judge