IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3005 |
| | ) | |
| V. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |

After reviewing the presentence report, I conclude that additional specific information is needed. Therefore,

IT IS ORDERED that counsel for the government shall prepare and file in the court file on or before August 19, 2009 a spreadsheet showing the names, addresses and amounts due for each person or entity the government claims is entitled to restitution.

DATED this 13th day of August, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge