IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3005 |
| | ) | |
| V. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |

    I received two documents from the Federal Public Defender regarding the issue of attorney fees and costs that should be put in the record but sealed because those documents contain or refer to confidential salary data.  That said, certain information contained within those documents should be made public and that information is:  (a) $39,837.93 was paid by the Federal Public Defender in this case for the assistance of expert witnesses; (b) the paralegal, Aimee Baade, expended 143.5 hours working on this case; (c) the investigator, Tim Domgard, spent 347 hours working on this case; and (d) the Assistant Federal Public Defender, Mike Hansen, spent 663.9 hours working on this case.  Furthermore, I have been advised that the Federal Public Defender will not be submitting a brief to the court on the question of whether Dr. Fleming should be ordered to pay attorney fees and related expenses. Therefore,

    IT IS ORDERED that the Clerk shall file under seal, and not make available to counsel for the government or the public, the documents which are tendered herewith to the Clerk by the undersigned.  However, the Clerk shall provide a copy of this memorandum and order to Dr. Fleming at his last known address and to counsel for both parties.

    DATED this 13th day of August, 2009.

                                                 BY THE COURT:

                                                 *Richard G. Kopf*
                                                 United States District Judge