IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3005 |
| | ) | |
| V. | ) | |
| | ) | |
| RICHARD FLEMING, | ) | **JUDGMENT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    IT IS ORDERED that judgment is entered for the United States of America and against Richard Fleming providing that he shall take nothing and his motion under 28 U.S.C. § 2255 (filing 183) is denied and dismissed with prejudice.

    October 9, 2009.

BY THE COURT:<br>
*Richard G. Kopf*<br>
United States District Judge